UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GILEAD SCIENCES, INC., <br><br> Defendant. | Case No. 18-cv-06972-JST <br><br> **ORDER REGARDING REPRESENTED PLAINTIFFS NOT PARTICIPATING IN CURRENT SETTLEMENT PROCEEDINGS** <br><br> Re: ECF No. 1660 |
| This order relates to: <br><br> *Holley v. Gilead Sciences, Inc.*, Case No. 4:18-cv-06972-JST <br><br> *Jones v. Gilead Sciences, Inc.*, Case No. 4:19-cv-05383-JST <br><br> *Arthur v. Gilead Sciences, Inc.*, Case No. 4:19-cv-08435-JST <br><br> *Baumgartner v. Gilead Sciences, Inc.*, Case No. 4:20-cv-02446-JST <br><br> *Alve v. Gilead Sciences, Inc.*, Case No. 4:20-cv-04074-JST <br><br> *Nitz v. Gilead Sciences, Inc.*, Case No. 4:20-cv-05550-JST <br><br> *Hamilton v. Gilead Sciences, Inc.*, Case No. 4:21-cv-07687-JST <br><br> *Johnson v. Gilead Sciences, Inc.*, Case No. 4:23-cv-01439-JST <br><br> *Lytch v. Gilead Sciences, Inc.*, Case No. 4:23-cv-01715-JST | |

1   At the September 17, 2024 case management conference, the Court ordered Defendant
2   Gilead Sciences, Inc. to file a document listing the names and case numbers of Plaintiffs who are
3   represented by counsel but not participating in the current settlement proceedings.  ECF No. 1656.
4   Gilead filed that list on September 23, 2024.  ECF No. 1660.

5   Plaintiffs' counsel identified in Gilead's filing shall meet and confer with Gilead's counsel
6   regarding the status of the identified cases.  Representatives of all identified law firms shall appear
7   at the case management conference already scheduled for November 19, 2024, to discuss how any
8   cases that are not dismissed and do not become part of the ongoing settlement proceedings will
9   proceed.  No case management statement is required.

10  **IT IS SO ORDERED.**

11  Dated:  September 25, 2024



JON S. TIGAR
United States District Judge